In the Matter of the Claim of DEVA BUCHIGNANI et al., Respondents, against RONALD TAYLOR Co. et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued September 27, 1939; decided October 17, 1939.

*Sydney Weitzer* for appellants.

*John B. Wheeler* for claimants, respondents.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with one bill of costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.